Richard B. Hansen, Individually and d/b/a L. M. Hansen Agency and Hansen & Hansen, a Partnership, Plaintiff-Appellee, v. Robert E. Brunton, Defendant-Appellant.

Gen. No. 49,373.

First District, Second Division.

February 16, 1965.

Rehearing denied April 14, 1965.

William T. Halvorsen, of Chicago, for appellant; Hansen & Hansen, of Chicago, for appellee. Opinion by JUSTICE LYONS. Not to be published in full.